FILED

2019 NOV -1 AM 10: 17

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
SANTA ANA
BY_____ DV

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA **PLAINTIFF** <br> V. <br><br> Max AHN <br> USMS# 05259093 **DEFENDANT** | CASE NUMBER: <br> **SA 19 - 842M** <br><br> **REPORT COMMENCING CRIMINAL ACTION** |

TO: CLERK'S OFFICE, U.S. DISTRICT COURT

All areas must be completed. Any area not applicable or unknown should indicate "N/A".

1. Date and time of arrest: 10/31/2019 2:00    ☐ AM  ☒ PM

2. The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding:    ☐ Yes    ☒ No

3. Defendant is in U.S. Marshals Service lock-up (in this court building):    ☐ Yes    ☐ No

4. Charges under which defendant has been booked:

   18 USC 3583 Probation Violation

5. Offense charged is a:    ☒ Felony    ☐ Minor Offense    ☐ Petty Offense    ☐ Other Misdemeanor

6. Interpreter Required:    ☐ No    ☒ Yes    Language:  Korean

7. Year of Birth: 1956

8. Defendant has retained counsel:    ☒ No

   ☐ Yes    Name: _____    Phone Number: _____

9. Name of Pretrial Services Officer notified:  Ada O'Neil

10. Remarks (if any): _____

11. Name: James Pham    (please print)

12. Office Phone Number: 714-338-4610    13. Agency: USMS

14. Signature: _____    15. Date: 11/01/2019

CR-64 (05/18)    REPORT COMMENCING CRIMINAL ACTION